IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TRAVIS ESSEX EASON, SR.,

    Plaintiff,

v.

SHERIFF BENNY DELOACH; and
WARDEN STANLEY WILLIAMS,

    Defendants.

CIVIL ACTION NO.: 6:16-cv-22

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 3), to which no Objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's action is **DISMISSED**, and the Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 16th day of August, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Dismissal is further warranted due to Plaintiff's failure to apprise this Court of his change of address. In the Court's Order dated March 11, 2016, Plaintiff was warned that "[w]hile this action is pending, the Plaintiff shall immediately inform this Court in writing of any change of address. Failure to do so will result in dismissal of this case, without prejudice." (Doc. 5, p. 3.) The Magistrate Judge's Report and Recommendation was sent to Plaintiff on July 6, 2016, but returned as undeliverable on July 19, 2016. (Doc. 7.) Prison officials noted on the return envelope that Plaintiff had been transferred more than thirty-five (35) days prior to the Court's mailing on July 6, 2016. Therefore, Plaintiff's action is also dismissed for his failure to inform the Court of his change of address.